IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FIERRO JOSE,

        Plaintiff,                    No. CIV S-08-0641 MCE EFB P

    vs.

TURNER,

        Defendant.              ORDER

_____/

        Plaintiff is a state prisoner prosecuting this civil rights action without counsel. *See* 42 U.S.C. § 1983. Plaintiff requests leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

        Plaintiff must pay the statutory filing fee of $350. *See* 28 U.S.C. §§ 1914(a), 1915(b)(1). Plaintiff must make an initial partial payment of $1.46. *See* 28 U.S.C. § 1915(b)(1). Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his prison trust account. All payments shall be forwarded by the appropriate agency to the Clerk of the Court when amount in plaintiff's account exceeds $10 until the filing

1

fee is paid in full. 28 U.S.C. § 1915(b)(2).

Plaintiff has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

The court finds that, for the limited purposes of § 1915A screening, the complaint states a cognizable claim for relief against defendant Turner pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

Accordingly, it hereby is ordered that:

1. Plaintiff's request for leave to proceed *in forma pauperis* is granted.

2. Plaintiff's request for appointment of counsel, contained within his complaint, is denied.

3. Plaintiff must pay the statutory filing fee of $350 for this action and must make an initial payment of $1.46 pursuant to section 1915(b)(1). All payments shall be collected in accordance with the order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

4. Service is appropriate for defendant Turner.

5. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and one copy of the March 24, 2008, pleading.

6. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and two copies of the endorsed March 24, 2008, pleading.

/////

/////

    7.  Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendant Turner pursuant to Federal Rule of Civil Procedure 4 without payment of costs.  Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  April 10, 2008.

                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FIERRO JOSE,

        Plaintiff,                   No. CIV S-08-0641 MCE EFB P

    vs.

TURNER,

        Defendant.             <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        <u> 1 </u>       completed summons form

        _____       completed forms USM-285

        _____       copies of the _____
                                            Complaint

Dated:

                                            _____
                                                      Plaintiff

4